≋JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**                                              **U.S. District Court - District of Massachusetts**

**Place of Offense:** 25009        **Category No.** III        **Investigating Agency** IRS

**City** Salem  Peabody            **Related Case Information:**
                                   Superseding Ind./ Inf. _____  Case No. _____
**County** Essex                   Same Defendant _____  New Defendant _____
                                   Magistrate Judge Case Number _____
                                   Search Warrant Case Number  22-mj-7109-JCB  22-MJ--7116-JCB
                                   R 20/R 40 from District of _____

**Defendant Information:**         Is this case related to an existing criminal action pursuant to Rule   ☐ Yes   ☑ No
                                   40.1(h)? If yes, case number _____

Defendant Name  JOHN DRIVAS                                                Juvenile:  ☐ Yes  ☑ No

                                   Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: _____

Address:  HAMPTON   NEW HAMPSHIRE   03842

Birth date (Yr only): 1958   SSN (last 4#): 7627   Sex: M   Race: CAUCASIAN   Nationality: USA

**Defense Counsel if known:** William J. Lovett        **Address:** 125 High Street  5th Floor
                                                                   Boston, MA  02110
Bar Number: _____

**U.S. Attorney Information**

AUSA: Victor A. Wild                                   Bar Number if applicable: 543148

**Interpreter:**  ☐ Yes  ☑ No                          List language and/or dialect: _____

**Victims:**  ☑ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☑ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint    ☑ Information    ☐ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 9

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: August 22, 2024        Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   JOHN DRIVAS

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 26 USC 7202 | Willful Failure to Collect or Pay Over Taxes | 1 - 5 |
| Set 2 | 18 USC 1343 | Wire Fraud | 6 - 9 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**